**95–391.** State ex rel. Liposchak v. Indus. Comm. In Mandamus. On motion for relief from judgment. Motion denied.

MOYER, C.J., WRIGHT and COOK, JJ., dissent and would refer this matter to the Industrial Commission for investigation of the allegations of fraud.